

**FILED**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

APR 25 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert Vaughan
*Petitioner, Pro Se*

Case Number:
14CR639

v.

United States of America
*Respondent*

**1:17-cv-3111
Judge Samuel Der-Yeghiayan
Magistrate Judge Daniel G. Martin
[14-cr-639-1]**

**PETITION UNDER 28 U.S.C. §2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY**

1. Name and location of court which entered the judgment of conviction under attack.
   United States District Court, Northern District of Illinois Eastern Division

2. Date of judgment of conviction.
   April 13, 2016

3. Length of sentence.
   90 months

4. Name of offense involved (all counts).
   18 U.S.C. §1951 Attempted Robbery

5. What was your plea?
   Guilty

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   N/A

7. Did you testify at the trial?

   N/A

8. Did you appeal from the judgment of conviction?
   Yes ___
   No  X

9. If you did appeal, answer the following:

   (a) Name of court - N/A

   (b) Result - N/A

   (c) Date of result - N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ___
   No  X

11. If your answer to 10 was "yes," give the following information:
   (a)    (1) Name of court - N/A

          (2) Nature of proceeding - N/A

          (3) Grounds raised - N/A

          (4) Did you receive an evidentiary hearing on your petition, application or motion?

          N/A

          (5) Result - N/A

          (6) Date of result - N/A

   (b) As to any second petition, application or motion give the same information:
       (1) Name of court - N/A

       (2) Name of proceeding - N/A

       (3) Grounds raised - N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?

       N/A

       (5) Result - N/A

       (6) Date of result - N/A

   (c) Did you appeal, to an appellate federal court having jurisdiction, the result of

action taken on any petition, application or motion?
    (1) First petition, etc.    N/A
    (2) Second petition, etc.    N/A

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Waiver in plea agreement

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privileged against self-incrimination.

(f) Conviction obtained by the unconstitutional failure to the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

## PETITIONER'S GROUND'S

Ground 1.
    The Petitioner was entrapped into participating in a government scheme to violate the law in violation of his right to due process pursuant to the Constitution of the United States of America.

Supporting Facts: The Petitioner contends that the government was overly involved in the creation, participation and execution of the scheme to commit a staged robbery and used unlawful means and extortionate threats to obtain the assistance and participation of the Petitioner, et alia, without which he otherwise would not have agreed to obey.

Ground 2.
    The Petitioner was erroneously enhanced using Sentencing Guidelines for which he was not qualified to receive in violation of the Statutes or laws of the United States of America

Supporting Facts: The Petitioner contends that his sentence was increased as a result of the erroneous application of enhancements which had already been applied against him by application of the charged Statute and that the government's presentment of the proposed enhancements duplicitously caused the court to levy a sentence greater than what was warranted.

Ground 3.
    The Petitioner was erroneously charged for an offense of which he does not qualify for conviction for failure to meet the essential elements of the Statue in violation of the Constitution and laws of the United States of America.

Supporting Facts: The Petitioner contends he was charged under a Statute which is inapplicable against him because he does not qualify or meet the essential elements of the crime for which he is charged. Specifically, the Petitioner asserts there was no interference or adverse affect on commerce, force, violence, or threats made by him through his participation in the government's scheme.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    This is Petitioners first 28 U.S.C. §2255

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

    Yes ___
    No _X_

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

Alan R, Brunell
*Attorney at Law*
Crystal Professional Center
14315 South 108th Avenue, Suite 222
Orland Park, Illinois 60467
Phone (708)403-4900
Fax (708)460-9850

(a) At preliminary hearing -

(b) At arraignment plea -

(c) At trial -

(d) At sentencing -

(e) On appeal - N/A

(f) In any post-conviction proceeding - N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding - N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ___
No _X_

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ___
No _X_

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ___
No ___

WHEREFORE, Movant prays that the Court Grant him all relief to which he may be entitled in this proceeding.

*Robert Vaughan*
*Petitioner, Pro Se*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of April, 2017 at Forrest City, Arkansas 72336.

*Robert Vaughan*
*Petitioner, Pro Se*

## CERTIFICATE OF SERVICE

I certify under the penalty of perjury that the foregoing *"Petition under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody"* was placed in the prison's internal mail system, postage pre-paid, for service upon this Court via U.S. mail on this 20th day of April, 2017 to the Clerk of Court Everett McKinley Dirksen Building 219 South Dearborn Street, Chicago, IL 60604. The Petitioner asks this Court's Clerk to serve all other interested parties by electronic notification.

Robert Vaughn
*Petitioner, Pro Se*
46688-424
P.O. Box 9000-Low
Forrest City, AR 72336